# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ernest Guardado, | Case No. 2:20-cv-01923-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| James Dzurenda; et al., | |
| Defendants. | |

Before the Court is Defendant Nonilon Peret's motion to extend the dispositive motion and joint pretrial order deadlines, filed on April 17, 2023. (ECF No. 33). Peret explains that Peret's counsel could not meet the current deadlines due to an increased caseload caused by staffing changes at the Attorney General's Office. Peret also points out that, on March 16, 2023, the Court granted Plaintiff's motion for appointment of counsel, but no counsel has yet accepted the appointment. No party responded to Peret's motion.

A party seeking to extend a deadline before that deadline has expired must show good cause. *See* Fed. R. Civ. P. 6(b)(1); *see* Local Rule 26-3.[1] The Court finds that Peret has shown good cause to extend the dispositive motion and joint pretrial order deadlines. Additionally, no party has responded to Peret's motion, constituting consent to the Court granting it. *See* LR 7-2(d). Because Peret's proposed new deadlines have passed and Peret has not yet filed a dispositive motion, the Court *sua sponte* extends the dispositive motion and joint pretrial order deadlines by thirty days from the date of this order.

**IT IS THEREFORE ORDERED** that Peret's motion to extend time (ECF No. 33) is **granted in part and denied in part**. It is granted in part to the extent it seeks an extension. It is

---

[1] The deadline to file dispositive motions passed on April 17, 2023.

denied in part regarding Peret's proposed deadlines because the Court *sua sponte* extends the deadlines thirty days from the date of this order.

**IT IS FURTHER ORDERED** that the following deadlines shall govern discovery in this case:

| | |
|---|---|
| Dispositive motions: | November 9, 2023 |
| Joint pretrial order: | December 11, 2023[2] |

DATED: October 10, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order.