# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Ernest Guardado, | Case No. 2:20-cv-01923-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| James Dzurenda, et al., | |
| Defendants. | |

This matter is before the Court on its review of the docket. The Court granted Plaintiff's motion for appointment of counsel on March 16, 2023. (ECF No. 32). In that order, the Court found that Plaintiff had demonstrated exceptional circumstances because he was residing at the Wells Conservation Camp, which is rurally located and lacks a law library. However, Plaintiff has since updated his address, which address indicates that he is no longer in custody. As a result, it is unclear whether Plaintiff still faces the same circumstances that previously warranted appointing counsel. The Court will thus require Plaintiff to file a status report indicating whether he still wishes for the Court to appoint counsel and, if so, how his current situation constitutes exceptional circumstances.

**IT IS THEREFORE ORDERED** that Plaintiff must file a status report on or before **December 6, 2023** indicating whether he still wishes the Court to appoint him counsel and, if so, how his current situation constitutes exceptional circumstances.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail Plaintiff the Court's prior order granting counsel (ECF No. 32) so that Plaintiff may reference the exceptional circumstances standard.

DATED: November 6, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE