# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ernest Guardado,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>James Dzurenda, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-01923-ART-DJA<br><br>**Order** |

   This matter is before the Court on its review of the docket. The Court granted Plaintiff's motion for appointment of counsel on March 16, 2023. (ECF No. 32). In that order, the Court found that Plaintiff had demonstrated exceptional circumstances because he was residing at the Wells Conservation Camp, which is rurally located and lacks a law library. Plaintiff later updated his address, which address indicated that Plaintiff was no longer in custody.

   The Court thus ordered Plaintiff to file a status report indicating whether he still wished the Court to appoint counsel and, if so, how his current situation constituted exceptional circumstances. (ECF No. 37). Plaintiff did not meet the Court's December 6, 2023 deadline to file that status report. He has not filed anything in this case since he changed his address.

   Federal Rule of Civil Procedure 41(b) permits dismissal of an action for the failure to prosecute or comply with rules or a court order. Plaintiff thus has thirty days from the date of this order to show cause why the Court should not recommend dismissal of Plaintiff's action for his failure to follow the Court's order to file a status report regarding the appointment of counsel.

///

///

///

Accordingly, the Court **ORDERS** that Plaintiff show cause why the Court should not recommend the dismissal of his case in accordance with this order on or before **April 11, 2024. Failure to comply with this order will result in a recommendation that this case be dismissed.** The Clerk of Court is kindly directed to send a copy of this order to Plaintiff.

DATED: March 12, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE