# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| Ernest Guardado,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>James Dzurenda, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-01923-ART-DJA<br><br>**REPORT AND RECOMMENDATION** |

　　　This matter is before the Court on its order to show cause. (ECF No. 39). The Court granted Plaintiff's motion for appointment of counsel on March 16, 2023. (ECF No. 32). In that order, the Court found that Plaintiff had demonstrated exceptional circumstances because he was residing at the Wells Conservation Camp, which is rurally located and lacks a law library. Plaintiff later updated his address, which address indicated that Plaintiff was no longer in custody.

　　　The Court thus ordered Plaintiff to file a status report indicating whether he still wished the Court to appoint counsel and, if so, how his current situation constituted exceptional circumstances. (ECF No. 37). Plaintiff did not meet the Court's December 6, 2023 deadline to file that status report. On March 13, 2024, the Court ordered Plaintiff to show cause why the Court should not recommend dismissal of Plaintiff's case for his failure to follow the Court's order to file a status report regarding the appointment of counsel. (ECF No. 39). The Court informed Plaintiff that "[f]ailure to comply with this order will result in a recommendation that this case be dismissed," and gave Plaintiff until April 11, 2024 to respond. (*Id.*). Plaintiff did not respond and, to date, has not filed anything further in this case.

　　　Accordingly, the Court **RECOMMENDS** that Plaintiff's case be **dismissed.** The Clerk of Court is kindly directed to send a copy of this recommendation to Plaintiff.

**NOTICE**

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED: April 23, 2024

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE